UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS
LOCAL 324 FRINGE BENEFIT FUNDS,

        Plaintiff,

-vs-                                            Case No. 07-13789
                                                Hon. Denise Page Hood

SNAPPY HI-TECH INDUSTRIES, INC.,
a Michigan corporation, and M. CHRISTINE
PENDLETON, Individually, jointly and
severally,

        Defendants.
_____/
RICHARD M. SELIK (P24276)
STEPHEN D. KURSMAN (P37902)
FINKEL WHITEFIELD SELIK
Attorneys for Plaintiff
32300 Northwestern Highway, #200
Farmington Hills, Michigan 48334-1567
248/855-6500
_____/

## ORDER ADJUDGING DEFENDANT M. CHRISTINE PENDLETON IN CONTEMPT OF COURT AND ORDERING ISSUANCE OF BENCH WARRANT

At a session of said Court
held in the U.S. District Courthouse,
in the City of Detroit, Michigan on November 19, 2008

        PRESENT: HON.    Denise Page Hood
                                  U.S. DISTRICT JUDGE

      This matter having been heard on November 12, 2008, the Court having found that on October 31, 2008, M. Christine Pendleton, a Defendant and an officer of Defendant Snappy Hi-Tech Industries, Inc., was ordered to appear and show cause before this Court on November 12, 2008, why she should not be adjudged in civil contempt of court, the Court having found that said individual failed to appear at said hearing as ordered, and the Court being fully advised in the premises;

1

IT IS ORDERED AND ADJUDGED that M. Christine Pendleton is in civil contempt of court and an order shall be entered forthwith directing the United States Marshall to take said M. Christine Pendleton into custody until she shall purge herself of contempt; provided, however, that the United States Marshall shall, immediately prior to taking M. Christine Pendleton into custody, advise her that she may avoid being taken into custody upon her promise to voluntarily surrender herself to the United States Marshall in Room <u>120</u> of the Theodore Levin United States Courthouse, 231 West Lafayette, Detroit, Michigan at 9:00 a.m. on the first Monday following the date of such notification, upon receipt of which promise the United States Marshall shall not take her into custody at the time of said notification but shall permit her to voluntarily surrender herself as aforesaid, and shall immediately notify Plaintiff's attorney.

<u>s/Denise Page Hood</u>
Denise Page Hood
United States District Judge

Dated: November 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and M. Christine Pendleton and Snappy Hi-Tech Ind, 15366 Coyle, Detroit, MI 48227 on November 19, 2008, by electronic and/or ordinary mail.

<u>s/Lisa Ware for William F. Lewis</u>
Case Manager